# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

October 7, 2005

05-CV-3564

Honorable Charles R. Weiner
Senior U.S. District Judge
6613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA  19106-1770

Re: MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

(See Attached Schedule CTO-253)

Dear Judge Weiner:

For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

Very truly,

Michael J. Beck
Clerk of the Panel

By: *Teresa Bishop*
Deputy Clerk

cc:   (See Attached List of Judges)

JPML Form 39B